JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 594 __ In re Boating Accident in Jamaica Bay, on July 12, 1981

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/04/11 | 1 | MOTION/BRIEF, SCHEDULE OF ACTIONS -- Teleflex, Inc. for transfer of action to S.D. N.Y. for pretrial proceedings pursuant to 28 U.S.C. §1407 -- Notified involved counsel -- SUGGESTED TRANSFEREE DISTRICT:  S.D.N.Y. - SUGGESTED TRANSFEREE JUDGE: (ds) |
| 84/04/16 | | AMENDMENT TO HEARING ORDER FILED ON 4/13/84 -- Amending the order to include the motion of defts. Teleflex, Inc. for transfer of A-1 and A-2 to the S.D.N.Y. for Panel Hearing on May 17, 1984 in Wash., D.C.  -- Notified involved counsel (ds) |
| 84/04/20 | | APPEARANCE -- Francis P. Manchisi, Esq. for Teleflex, Inc. and Janis G. Schulmeisters, Esq. for U.S.A.   (ds) |
| 84/04/25 | | APPEARANCE -- Roy E. Pomerantz, Esq. or Bay End Dock, Inc.; Dominic J. Cornella, Allstate Marine Distributors, Inc. (ds) |
| 84/04/26 | 2 | RESPONSE -- John Guarino, et al. - w/exhibits A thru C and cert. of svc.  (ds) |
| 84/04/27 | 3 | AFFIDAVIT OF JOHN C. LANE -- for deft. Bay End Dock, Inc. w/cert. of svc.  (ds) |
| 84/05/01 | 4 | MEMORANDUM -- U.S.A. w/cert. of svc. and affidavit  (ds) |
| 84/05/11 | | WAIVERS OF ORAL ARGUMENT -- All parties waived (ds) |
| 84/05/15 | 5 | LETTER -- Requesting permission to file late Reply (see pldg. 6) -- signed by Francis Manchisi for Teleflex, Inc. (emh) |
| 84/05/15 | 6 | REPLY/BRIEF -- Teleflex, Inc. -- w/Exhibits and cert. of svc. (emh) |
| 84/05/16 | 7 | LETTER/RESPONSE -- U.S.A. w/svc.  (ds) |
| 84/05/18 | 8 | AFFIDAVIT IN SUPPORT OF MOTION TO TRANSFER -- Mark T. Costanino for Allstate Marine Distributors, Inc.   (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 84<br>84/05/22 | | ORDER DENYING TRANSFER of litigation (A-1,A-2) pursuant to 28 U.S.C. §1407. Notified PASL, hearing clerk, involved judges and clerks (rh) |

JPML Form 1

Revised: 8/78

### DOCKET NO. 594 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE BOATING ACCIDENT IN JAMAICA BAY, ON JULY 12, 1981

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 5/19/84 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 5/22/84 | MO | unpublished | | | |

### Special Transferee Information

DATE CLOSED: 5/22/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. __594__ -- _In re Boating Accident in Jamaica Bay, on July 12, 1981_

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | John Guarino, et al. v. Al Grovers, Inc., et al. | E.D.N.Y. Bramwell | 83 Civ 5032 | | | | |
| A-2 | Bay End Dock, Inc. v. U.S.A. | S.D.N.Y. Conner | 83 Civ 5119 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 594 -- In re Boating Accident in Jamaica Bay, on June 12, 1981

JOHN GUARINO, ET AL. (A-1)
BAY END DOCK, INC. (A-2)
Roger B. DeBerardine, Esquire
96 Schermerhorn Street
Brooklyn, New York 11201
(No app. rec'd)

TELEFLEX, INC.
Francis P. Manchisi, Esquire
Wilson, Elser, Edelman & Dicker
420 Lexington Avenue
New York, New York 10170

UNITED STATES OF AMERICA
Janis G. Schulmeisters, Esquire
Torts Branch, Civil Division
U.S. Department of Justice
26 Federal Plaza
Suite 36-100
New York, New York 10478

AL GROVERS, INC.
Simon & White
110 Maiden Lane
New York, New York 10005
(No app. rec'd)

ALLSTATE NEW YORK MARINE, INC.
Dominic J. Cornella, P.C.
160 Broadway
New York, New York 10038

BAY END DOCK, INC. (Deft. in A-1)
Roy E. Pomerantz, Esquire
Kroll, Pomerantz & Cameron
500 Fifth Avenue
New York, New York 10110

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 594 -- In re Boating Accident in Jamaica Bay, on June 12, 1981

| Name of Party | Named as Party in Following Actions |
|---|---|
| Al Grovers, Inc. | A-1 |
| Allstate New York Marine, Inc. | A-1 |
| Teleflex, Inc. | A-1 |
| Bay End Dock, Inc. | A-1 |
| U.S.A. | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |