JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY 22 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 594

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE BOATING ACCIDENT IN JAMAICA BAY, ON JULY 12, 1981

ORDER DENYING TRANSFER*

This litigation consists of two actions pending in two federal districts: one action in the Eastern District of New York and one action in the Southern District of New York. Teleflex, Inc., a defendant in the Eastern District action, has moved the Panel under 28 U.S.C. §1407 to transfer the Eastern District action to the Southern District of New York for coordinated or consolidated pretrial proceedings with the action pending there. Plaintiffs in the Eastern District action and the United States, the defendant in the Southern District action, oppose the motion.

On the basis of the papers filed,[1/] we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. We note that 1) only two actions are pending in this docket; 2) the actions are pending in adjacent districts; and 3) Judge William C. Conner has transferred the Southern District action to the suspense docket on the ground that the action is one for indemnity with respect to a claim pending against the Southern District plaintiff in the Eastern District action.

IT IS THEREFORE ORDERED THAT the motion pursuant to 28 U.S.C. §1407 to centralize the actions listed on the attached Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\* Judges Robert H. Schnacke and Sam C. Pointer, Jr. took no part in the decision of this matter.

1/ The parties waived oral argument and accordingly the question of transfer under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-594 -- IN RE BOATING ACCIDENT IN JAMAICA BAY, ON JULY 12, 1981

Eastern District of New York

John Guarino, et al. v. Al Grovers, Inc., et al., C.A. No. 83-Civ-5032

Southern District of New York

Bay End Dock, Inc. v. United States of America, C.A. No. 83-Civ-5119